United States District Court
Eastern District of New York

1:20-cv-00322-LDH-SMG

| | |
|---|---|
| Peter Figueroa, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>      - against -<br><br><br>Trader Joe's Company,<br><br>              Defendant | Stipulation and Order Granting Leave to File Amended Complaint and Extending Time to Respond |

**WHEREAS** on January 21, 2020, Plaintiff filed his Complaint against Defendant;

**WHEREAS** Plaintiff seeks to file a First Amended Complaint ("FAC") to add factual allegations related to other, similar products on behalf of one or more persons alleged to have been misled.

**WHEREAS** a copy of Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit "A."

**IT IS HEREBY STIPULATED**, pursuant to Federal Rule of Civil Procedure Rule 15(a)(2), by Plaintiff and Defendant, that:

1. Defendant hereby consents to the filing of Plaintiff's First Amended Complaint;

2. Plaintiff shall file the First Amended Complaint upon the Court's Ordering of this Stipulation;

**IT IS HEREBY REQUESTED**, pursuant to Federal Rule of Civil Procedure Rule 15(a)(3), by Plaintiff and Defendant, that:

1. The Court issue an Order extending Defendant's time to respond to the amended pleading beyond 14 days after service of the amended pleading, until Monday,

September 14, 2020.

SO STIPULATED AND AGREED THIS FOURTEENTH DAY OF AUGUST BY:

Dated:   August 14, 2020

Sheehan & Associates, P.C.                    Faegre Drinker Biddle & Reath LLP

/s/Spencer Sheehan                            /s/Tyler A. Young
Spencer Sheehan                               Tyler A. Young
60 Cuttermill Rd Ste 409                      2200 Wells Fargo Center
Great Neck NY 11021-3104                      90 South Seventh St.
                                              Minneapolis, MN 55402
Tel: (516) 303-0552                           Tel: (612) 766-8610
spencer@spencersheehan.com                    tyler.young@faegredrinker.com
*Counsel for Plaintiff*                       *Counsel for Defendant*

**ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff is

granted leave to file the First Amended Complaint, which is attached to the Parties' Stipulation as

Exhibit A and that Defendant respond to the amended pleading on Monday, September 14, 2020.


Dated: _____          _____

                                        United States District Judge

1:20-cv-00322-LDH-SMG
United States District Court
Eastern District of New York

Peter Figueroa, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Trader Joe's Company,

Defendant

Stipulation and Order Granting Leave to File Amended Complaint and Extending

Time to Respond

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
 Great Neck NY 11021-3104
   Tel: (516) 303-0552
   Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  August 14, 2020

/s/ Spencer Sheehan<br>Spencer Sheehan

**Certificate of Service**

I certify that on August 14, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan